# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREATER MOBILE URGENT CARE, P.C. and GMUC OF LUCEDALE, P.C., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIV. ACT. NO. 1:20-cv-378-TFM-N |
| THE CINCINNATI INSURANCE, COMPANY, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff's claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 29th day of September, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE